UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarence Dickens,  Civil 09-2425 JMR/FLN

    Plaintiff,

v.  O R D E R

Warden John King, et al.,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 27, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees, (Docket Nos. 2 and 5), is **DENIED**;

2. Plaintiff's motion for appointment of counsel, (Docket No. 3), is **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: November 16, 2009.      s/James M. Rosenbaum
at Minneapolis, Minnesota     JUDGE JAMES M. ROSENBAUM
    United States District Court